# Exhibit D

## The State's Court docket sheet

| HCDistrictclerk.com | BERRY, LAWRENCE vs. KADE, DAMON  Cause: 201649928    CDI: 7    Court: 125 | | | 11/5/2019 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 87449557 | Proposed Order on Plaintiffs' Motion for Severance | | 10/04/2019 | 2 |
| 87495412 | ORDER SIGNED DENYING MOTION FOR SEVERANCE | | 10/04/2019 | 1 |
| 87436666 | Furie Petroleum's Opposition to Motion to Sever | | 10/03/2019 | 3 |
| ·> 87436667 | Proposed Order | | 10/03/2019 | 1 |
| 87440689 | Defendant Tom Hord's Response in Opposition to Plaintiffs Motion to Sever | | 10/03/2019 | 5 |
| 87103949 | Intervenors Taylor Minerals, LLC's and Giza Holdings, LLC's Joinder in Plaintiffs Motion to Sever Defendants Furie Operating Alaska , LLC and Cornucopia Oil and Gas, LLC and Notice of Hearing | | 09/12/2019 | 3 |
| ·> 87103950 | Proposed Order | | 09/12/2019 | 1 |
| 87058771 | Notice of Hearing on Plaintiffs' Motion to Sever Defendants Furie Operating Alaska, LLC and Cornucopia Oil & Gas Company, LLC | | 09/10/2019 | 3 |
| 87033607 | Plaintiffs' Motion to Sever Defendants Furie Operating Alaska, LLC and Cornucopia & Gas Company, LLC | | 09/09/2019 | 5 |
| ·> 87033608 | Exhibit A | | 09/09/2019 | 17 |
| ·> 87033609 | Exhibit B | | 09/09/2019 | 17 |
| ·> 87033610 | Proposed Order | | 09/09/2019 | 1 |
| 86882026 | Notice of Bankruptcy | | 08/29/2019 | 2 |
| ·> 86882027 | Exhibit A | | 08/29/2019 | 33 |
| ·> 86882028 | Exhibit B | | 08/29/2019 | 33 |
| 85111200 | TRIAL SETTING | | 05/06/2019 | 5 |
| 85030722 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | | 04/30/2019 | 1 |
| 85039393 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | | 04/30/2019 | 3 |
| 84889855 | Plaintiffs' Agreed Motion for Continuance of Trial and Issuance of Agreed Fifth Amended Docket Control Order | | 04/22/2019 | 5 |
| ·> 84889858 | Proposed Agreed Fifth Docket Control Order | | 04/22/2019 | 3 |
| ·> 84889856 | Proposed Order Granting Agreed Motion for Continuance of Trial | | 04/22/2019 | 1 |
| 82650652 | TRIAL SETTING | | 11/19/2018 | 5 |
| 82566638 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | | 11/12/2018 | 1 |
| 82438889 | Plaintiffs' Agreed Motion for Continuance of Trial and Entry of Agreed Fourth Amended Docket Control Order | | 11/02/2018 | 5 |
| ·> 82438892 | Notice of Submission | | 11/02/2018 | 3 |
| 82438890 | Exhibit A | | 11/02/2018 | 4 |
| 82438891 | Proposed Order Granting Agreed Motion for Continuance of Trial | | 11/02/2018 | 1 |
| 82159137 | Defendant, Tom Hord's, Certificate of Written Discovery | | 10/15/2018 | 3 |
| 81465010 | Vacation Letter | | 08/28/2018 | 1 |
| 81020163 | PROTECTIVE ORDER (CIVIL) ORD SGND | | 07/30/2018 | 6 |
| 80610994 | Reporter's Certification Deposition of Damon Ryan Kade May 14,2018 | | 07/02/2018 | 6 |

| ID | Description | Date | Pages |
|---|---|---|---|
| 80393289 | Civil Process Pick-Up Form | 06/15/2018 | 1 |
| 80314133 | Payment of Fees Letter | 06/12/2018 | 1 |
| 80184878 | LETTER ROGATORY ISSUED | 06/01/2018 | 18 |
| 80150733 | Notice of Appearance of Counsel | 05/30/2018 | 3 |
| 80150761 | Non-Party Energy Capital Partners LLC's Opposition to Plaintiff's Motion to Compel | 05/30/2018 | 7 |
| ·> 80150762 | Declaration in Support of Non-Party Energy Capital Partners, LLC's Opposition to Plaintiffs' Motion to Compel | 05/30/2018 | 3 |
| ·> 80150763 | Exhibit A | 05/30/2018 | 2 |
| ·> 80150764 | Exhibit B | 05/30/2018 | 2 |
| ·> 80150765 | Proposed Order | 05/30/2018 | 1 |
| 80127313 | TRIAL SETTING | 05/29/2018 | 5 |
| 80128516 | Intervenor Taylor Minerals, LLC's Motion to Compel Discovery Responses from Defendant Furie Operating Alaska, LLC | 05/29/2018 | 4 |
| ·> 80128517 | Exhibit A | 05/29/2018 | 16 |
| ·> 80128518 | Exhibit B | 05/29/2018 | 26 |
| ·> 80128519 | Exhibit C | 05/29/2018 | 12 |
| ·> 80128520 | Exhibit D | 05/29/2018 | 35 |
| 80100388 | Plaintiffs' Motion to Compel Non-Party Energy Capital Partners, LLP | 05/25/2018 | 7 |
| ·> 80100389 | Exhibit A | 05/25/2018 | 14 |
| ·> 80100390 | Exhibit B | 05/25/2018 | 100 |
| ·> 80100392 | Plaintiff's Notice of Hearing | 05/25/2018 | 5 |
| ·> 80100391 | Proposed Order | 05/25/2018 | 1 |
| 80074759 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 05/24/2018 | 3 |
| 80053919 | Motion for Issuance of Letter Rogatory | 05/23/2018 | 6 |
| ·> 80053920 | Exhibit A | 05/23/2018 | 15 |
| ·> 80053921 | Exhibit B | 05/23/2018 | 17 |
| ·> 80053922 | Proposed Order on Request for Letters Rogatory for Foreign Deposition Upon Written Questions | 05/23/2018 | 18 |
| 80053923 | Plaintiffs' Notice of Hearing | 05/23/2018 | 4 |
| 80065487 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 05/23/2018 | 1 |
| 79983126 | Notice Regarding Representation Letter | 05/17/2018 | 1 |
| 79882991 | Motion for Entry of Agreed Third Amended Docket Control Order | 05/10/2018 | 3 |
| ·> 79882992 | Proposed Agreed Third Amended Docket Control Order | 05/10/2018 | 3 |
| 79885244 | Agreed Motion for Continuance and Entry of Agreed Third Amended Docket Control Order | 05/10/2018 | 3 |
| ·> 79885245 | Exhibit A | 05/10/2018 | 4 |
| ·> 79885246 | Proposed Order | 05/10/2018 | 1 |
| 79536520 | Motion for Entry of Third Amended Docket Control Order | 04/18/2018 | 3 |
| ·> 79536522 | Proposed Third Amended Docket Control Order | 04/18/2018 | 1 |
| 79548653 | Notice of Submission | 04/18/2018 | 3 |
| 79429618 | First Amended Notice of Oral Hearing | 04/11/2018 | 2 |
| restricted | Proposed Order Granting Damon Kade's Motion for Protection and Motion to Quash | 04/10/2018 | 1 |

| ID | Description | Date | Pages |
|---|---|---|---|
| 79426019 | Defendant Damon Kade's Motion for Protection & Motion to Quash his Deposition | 04/10/2018 | 4 |
| -> 79477322 | Exhibit 01 | 04/10/2018 | 2 |
| -> 79477323 | Exhibit 02 | 04/10/2018 | 2 |
| -> 79477324 | Exhibit 03 | 04/10/2018 | 2 |
| 79426140 | Notice of Oral Hearing | 04/10/2018 | 3 |
| 79396534 | Non-Party Shelf Drilling Distribution, Inc.'s Motion for Protection and Motion to Quash | 04/09/2018 | 5 |
| -> 79396537 | Exhibit A | 04/09/2018 | 18 |
| -> 79396538 | Exhibit B | 04/09/2018 | 5 |
| 79397084 | Proposed Order Granting Non-Party Shelf Drilling Distribution, Inc.'s Motion for Protection and Motion to Quash | 04/09/2018 | 1 |
| 79353605 | Unopposed Motion in Support of Christopher Harris's Unopposed Motion for Admission Pro Hac Vice | 04/05/2018 | 4 |
| -> 79353606 | Proposed Order Granting Herman H. Yue's Motion in Support of Christopher Harris' Motion for Admission Pro Hac Vice | 04/05/2018 | 1 |
| 79353644 | Unopposed Motion for Admission Pro Hac Vice Of Brandon J. Isaacson | 04/05/2018 | 6 |
| -> 79353646 | Exhibit A | 04/05/2018 | 3 |
| -> 79353647 | Proposed Order Granting Unopposed Motion for Admission Pro Hac Vice of Brandon J. Issacson | 04/05/2018 | 1 |
| 79353739 | Unopposed Motion for Admission Pro Hac Vice of Christopher Harris | 04/05/2018 | 6 |
| -> 79353740 | Exhibit A | 04/05/2018 | 3 |
| -> 79353741 | Proposed Order Granting Unopposed Motion for Admission Pro Hac Vice of Christopher Harris | 04/05/2018 | 1 |
| 79353804 | Unopposed Motion in Support of Brandon J. Issacson's Unopposed Motion for Admission Pro Hac Vice | 04/05/2018 | 4 |
| -> 79353805 | Proposed Order Granting Herman H. Yue's Motion in Support of Brandon J. Isaacson's Motion for Admission Pro Hac Vice | 04/05/2018 | 1 |
| 79335727 | Notice of Hearing on the Furie Defendants Motion to Compel Production of Documents | 04/04/2018 | 2 |
| 79335728 | Proposed Order | 04/04/2018 | 1 |
| 79340332 | Non-Party Energy Capital Partners, LLC's Motion for Protective Order | 04/04/2018 | 8 |
| -> 79340333 | Exhibit A | 04/04/2018 | 16 |
| -> 79340334 | Exhibit B | 04/04/2018 | 15 |
| -> 79340335 | Exhibit C | 04/04/2018 | 12 |
| -> 79340336 | Exhibit D | 04/04/2018 | 21 |
| -> 79340337 | Exhibit E | 04/04/2018 | 18 |
| -> 79340338 | Exhibit F | 04/04/2018 | 9 |
| -> 79340339 | Proposed Order | 04/04/2018 | 1 |
| 79311503 | Correspondence with Court requesting an emergency off-docket hearing | 04/03/2018 | 8 |
| 79248841 | Furie Operating Alaska, LLC, Furie Petroleum Company, LLC, and Cornucopia Oil & Gas Comapny, LLC's Motion to Quash and Motion for Protection | 03/28/2018 | 4 |
| -> 79248842 | Exhibit A | 03/28/2018 | 80 |
| -> 79248843 | Exhibit B | 03/28/2018 | 15 |
| -> 79248844 | Exhibit C | 03/28/2018 | 12 |
| -> 79248845 | Proposed Order | 03/28/2018 | 1 |
| 79249037 | Furie Operating Alaska, LLC, Furie Petroleum Comapny, LLC, and Cornucopia Oil & Gas | 03/28/2018 | 7 |

Case 19-03666   Document 1-5   Filed in TXSB on 11/07/19   Page 5 of 13

Comapany LLC's Motion to Compel Production of Documents from Allen Lawrence Berry, Danny Davis, and Taylor Minerals, LLC

| | | | | |
|---|---|---|---|---|
| ·> 79249038 | Exhibit A | | 03/28/2018 | 6 |
| ·> 79249040 | Exhibit B | | 03/28/2018 | 7 |
| ·> 79249041 | Exhibit C | | 03/28/2018 | 6 |
| ·> 79249042 | Exhibit D | | 03/28/2018 | 3 |
| ·> 79249044 | Exhibit E | | 03/28/2018 | 30 |
| ·> 79249045 | Exhibit F | | 03/28/2018 | 14 |
| ·> 79249046 | Exhibit G | | 03/28/2018 | 14 |
| ·> 79249047 | Exhibit H | | 03/28/2018 | 12 |
| 79197827 | Notice of Intention to take Deposition by Written Questions | | 03/26/2018 | 79 |
| 79173441 | Intervenors' Notice of Intention to take the Oral Deposition and/or Videotaped Deposition of Trent J. Kososki with Subpoena Duces Tecum | | 03/23/2018 | 14 |
| 79173442 | Interevenors' Notice of Intention to take the Oral Deposition and/or Videotaped Deposition of the Corporate Representative of Energy Capital Partners, L.L.C. and with Subpoena Duces Tecum | | 03/23/2018 | 11 |
| 79013833 | SETTING REMINDER | | 03/14/2018 | 5 |
| 79031349 | TRIAL PREPARATION ORDER SIGNED | | 03/13/2018 | 5 |
| 78964284 | Defendant's Motion to Quash and Objection to Plaintiffs' Third Amended Notice to take the Oral Deposition and/or Videotaped Deposition of Tom Hord | | 03/09/2018 | 3 |
| 78941352 | Plaintiffs Notice of Enrollment of Additional Counsel | | 03/08/2018 | 3 |
| 78879383 | Vacation Letter - March 5,2018 | | 03/05/2018 | 1 |
| 78866724 | Vacation Letter - March 2,2018 | | 03/02/2018 | 1 |
| 78818060 | Proposed Order on Non-Party Shelf Drilling Distribution, Inc.'s Motion to Quash and Motion for Protection | | 02/28/2018 | 1 |
| 78827006 | Non-Party Shelf Drilling Distribution, Inc.'s Motion to Quash and Motion for Protection | | 02/28/2018 | 4 |
| ·> 78827007 | Exhibit A | | 02/28/2018 | 15 |
| ·> 78827008 | Exhibit B | | 02/28/2018 | 2 |
| ·> 78827009 | Exhibit C | | 02/28/2018 | 5 |
| 78725808 | Notice of Intention to take Deposition by Written Questions | | 02/22/2018 | 13 |
| 78519350 | Furie Operating Alaska, LLC, Furie Petroleum Company, LLC, and Cornucopia Oil & Gas Company, LLC's Motion to Quash Plaintiffs' Notice of Intention to take Depositions by Written Questions and Motion for Protection | | 02/08/2018 | 4 |
| ·> 78519351 | Exhibit A | | 02/08/2018 | 15 |
| ·> 78519352 | Exhibit B | | 02/08/2018 | 15 |
| ·> 78519353 | Proposed Order | | 02/08/2018 | 1 |
| 78457124 | Furie Operating Alaska, LLC, Furie Petroleum Company, LLC, Cornucopia Oil & Gas Company, LLC, and Damon Kade's First Amended Motion to Quash Plaintiffs' Amended Notices of Depositions and Motion for Protection | | 02/02/2018 | 4 |
| ·> 78457125 | Exhibit A | | 02/02/2018 | 11 |
| ·> 78457126 | Exhibit B | | 02/02/2018 | 11 |
| ·> 78457127 | Exhibit C | | 02/02/2018 | 11 |
| ·> 78457128 | Exhibit D | | 02/02/2018 | 5 |
| 78414073 | Notice of Intention to Take Deposition by Written Questions | | 01/31/2018 | 14 |

| | | | | |
|---|---|---|---|---|
| 78327003 | Furie Operating Alaska, LLC, Furie Petroleum Company, LLC, Cornucopia Oil & Gas Company, LLC, and Damon Kade's Motion to Quash Plaintiffs' Second Amended Notices of Depositions | | 01/26/2018 | 4 |
| ·> 78327004 | Exhibit A | | 01/26/2018 | 11 |
| ·> 78327005 | Exhibit B | | 01/26/2018 | 11 |
| ·> 78327006 | Exhibit C | | 01/26/2018 | 11 |
| ·> 78327007 | Exhibit D | | 01/26/2018 | 5 |
| 78307610 | Notice of Off-Docket Conference | | 01/25/2018 | 2 |
| 78308579 | Defendant's Motion to Quash and Objection to Plaintiff's Second Amended Notice to Take the Oral Deposition and/or Videotaped Deposition of Lars Degenhardt | | 01/25/2018 | 3 |
| 78308580 | (Proposed Order) Defendant's Motion to Quash and Objection to Plaintiff's Second Amended Notice to Take the Oral Deposition and/or Videotaped Deposition of Lars Degenhardt | | 01/25/2018 | 1 |
| 78309130 | Defendant's Motion to Quash and Objection to Plaintiff's Second Amended Notice to take the Oral Deposition and/or Videotaped Deposition of Tom Hord | | 01/25/2018 | 3 |
| 78309131 | (Proposed Order) Defendant's Motion to Quash and Objection to Plaintiff's Second Amended Notice to take the Oral Deposition and/or Videotaped Deposition of Tom Hord | | 01/25/2018 | 1 |
| 78230094 | Notice of off-Docket Conference | | 01/19/2018 | 2 |
| 78230131 | First Amended Notice of Off-Docket Conference | | 01/19/2018 | 2 |
| 77900218 | Amended Notice of Hearing | | 12/20/2017 | 2 |
| 77381136 | TRIAL SETTING | | 11/10/2017 | 6 |
| 77351848 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | | 11/08/2017 | 1 |
| 77353894 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | | 11/08/2017 | 3 |
| 77316234 | Proposed Order | | 11/06/2017 | 1 |
| 77273576 | Agreed Motion for Continuance of Trial and Entry of Agreed Second Amended Docket Control Order | | 11/02/2017 | 4 |
| ·> 77273577 | Proposed Agreed Second Amended Docket Control Order | | 11/02/2017 | 3 |
| 77246890 | Plaintiffs' Sixth Amended Petition | | 10/31/2017 | 17 |
| | Plaintiffs' Sixth Amended Petition | | 10/31/2017 | |
| 77247750 | Defendant Lars Degenhardt's (Subject to His Special Appearance) and Defendant Tom Hord's Responses to Plaintiif's Discovery Motion toCompel Set for 11.3.17 | | 10/31/2017 | 2 |
| 77231876 | Cornucopia and Furie Defendants' Response to Plaintiffs' Motion to Compel | | 10/30/2017 | 10 |
| ·> 77231877 | Exhibit 01 | | 10/30/2017 | 4 |
| ·> 77231878 | Exhibit 02 | | 10/30/2017 | 5 |
| ·> 77231879 | Exhibit 03 | | 10/30/2017 | 3 |
| ·> 77231880 | Exhibit 04 | | 10/30/2017 | 5 |
| ·> 77231881 | Exhibit 05 | | 10/30/2017 | 42 |
| ·> 77231882 | Exhibit 06 | | 10/30/2017 | 9 |
| ·> 77231883 | Exhibit 07 | | 10/30/2017 | 32 |
| 77232004 | Damon Kade's Response to Plaintiff's Motion to Compel Production of Documents & Responses to Written Discovery | | 10/30/2017 | 10 |
| ·> 77232005 | Exhibit 01 | | 10/30/2017 | 32 |
| ·> 77232006 | Exhibit 02 | | 10/30/2017 | 3 |
| ·> 77232007 | Exhibit 03 | | 10/30/2017 | 2 |
| ·> 77232008 | Exhibit 04 | | 10/30/2017 | 9 |

| | | | |
|---|---|---|---|
| ·> 77232009 | Exhibit 05 | 10/30/2017 | 2 |
| ·> 77232012 | Exhibit 06 | 10/30/2017 | 33 |
| ·> 77232013 | Proposed Order | 10/30/2017 | 1 |
| 77176561 | Third Amended Notice of Hearing | 10/26/2017 | 2 |
| 77158541 | ORDER GRANTING LEAVE TO FILE PLEADING SIGNED | 10/25/2017 | 2 |
| 77134029 | Amended Notice of Hearing | 10/23/2017 | 2 |
| 77088950 | Proposed Agreed Order | 10/19/2017 | 2 |
| 77089068 | Amended Notice of Hearing | 10/19/2017 | 2 |
| 77011926 | Second Amended Answer and Counterclaims | 10/13/2017 | 7 |
| 76943141 | PROTECTIVE ORDER (CIVIL) ORD SGND | 10/09/2017 | 7 |
| 76868996 | Defendant Lars Degenhardt's Objections and Responses to Plaintiffs' Second Motion to Compel Responses to Plaintiffs' Second Motion to Compel Responses to Written Discovery and to Compel the Deposition of Lars Degengardt | 10/03/2017 | 5 |
| ·> 76868997 | Proposed Order | 10/03/2017 | 1 |
| 76909061 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 10/03/2017 | 2 |
| 76673839 | Notice of Hearing on Defendants' Motion to Quash Notice of Depositions | 09/18/2017 | 2 |
| 76644507 | first amended notice of hearing on plaintiffs second motion to compel responses written discovery from lars degenhardt and to compel the deposition of lars degenhardt | 09/15/2017 | 2 |
| 76639073 | Notice of Hearing on Defendant's Motions to Quash and Objections to Depositions of Tom Hord and Lars Degenhardt | 09/14/2017 | 2 |
| 76643936 | Defendants' Motion to Quash Notice of Depositions | 09/14/2017 | 3 |
| ·> 76643937 | Proposed Order | 09/14/2017 | 1 |
| 76614297 | Defendant Degenhardt's Motion to Quash and Objection to Plaintiff's First Amended Notice of Deposition and/or Videotaped Deposition of Lars Degenhardt | 09/13/2017 | 3 |
| 76614558 | Defendant Tom Hord's Motion to Quash and Objection to Plaintiff's First Amended Notice of Deposition and/or Videotaped Deposition of Tom Hord | 09/13/2017 | 3 |
| 76587542 | Notice of Hearing on Plaintiffs' Motion to Compel Production of Documents and Responses to Written Discovery from defendants and Plaintiffs' Motion for Leave to Amend Petition to Substitute Plaintiff | 09/11/2017 | 2 |
| 76582236 | Plaintiff's Motion to Compel Production of Documents and Responses to Written Discovery for Defendants | 09/08/2017 | 8 |
| 76582237 | Exhibit A | 09/08/2017 | 3 |
| 76582238 | Exhibit B | 09/08/2017 | 3 |
| 76582239 | Exhibit C | 09/08/2017 | 3 |
| 76582240 | Exhibit D | 09/08/2017 | 37 |
| 76582241 | Exhibit E | 09/08/2017 | 41 |
| 76582242 | Exhibit F | 09/08/2017 | 45 |
| 76582243 | Exhibit G | 09/08/2017 | 33 |
| 76582244 | Exhibit H | 09/08/2017 | 2 |
| 76582246 | Proposed Order | 09/08/2017 | 1 |
| 76582279 | Plaintiff's Motion for Leave to Amend Petition to Substitute Plaintiff | 09/08/2017 | 4 |
| ·> 76582282 | Exhibit A | 09/08/2017 | 18 |
| ·> 76582285 | Exhibit B | 09/08/2017 | 18 |
| ·> 76582286 | Proposed Order granting plaintiffs motion for leave to amend petition to substitute plaintiff | 09/08/2017 | 1 |

| 76560145 | Plaintiff's Motion For Entry of Protective Order | 09/07/2017 | 3 |
| -> 76560146 | Proposed Protective Order | 09/07/2017 | 7 |
| 76560176 | Notice of Hearing On Plaintiffs' Motion For Entry of Protective Order | 09/07/2017 | 2 |
| 76542348 | Plaintiffs' Motion for Entry of Docket Control Order | 09/05/2017 | 4 |
| -> 76542354 | Amended Docket Control Order | 09/05/2017 | 2 |
| -> 76542350 | Exhibit A | 09/05/2017 | 3 |
| -> 76542351 | Exhibit B | 09/05/2017 | 2 |
| -> 76542352 | Exhibit C | 09/05/2017 | 2 |
| 76546338 | Notice of Submission on Plaintiffs? Motion for Entry of Docket Control Order by Submission Only | 09/05/2017 | 2 |
| 76535337 | Plaintiffs' Fifth Amended Petition | 09/01/2017 | 17 |
| 76282543 | Notice of Hearing on Plaintiffs' Second Motion to Compel Responses to Written Discovery From Lars Degenhardt and to Compel the Deposition of Lars Degenhardt | 08/09/2017 | 2 |
| 76266522 | Defendant Lars Degenhardt's Notice of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | 08/08/2017 | 2 |
| 76252629 | Intervenors' Joinder in Plaintiffs' Verified Motion for Continuance of Hearing on Lars Degenhardt's Special Appearance | 08/07/2017 | 4 |
| 76127588 | TRIAL SETTING | 07/28/2017 | 5 |
| 76055841 | Plaintiff's Verified Motion for Continuance of Hearing on Defendant Lars Degenhardt's Special Appearance | 07/24/2017 | 5 |
| -> 76055842 | Proposed Order on Motion to Continue Lars Degenhardt's Special Appearance Hearing | 07/24/2017 | 1 |
| 76058769 | Plaintiffs Second Motion to Compel Responses to Written Discovery From Lars Degenhardt and to Compel the Deposition of Lars Degenhardt | 07/24/2017 | 8 |
| -> 76058771 | Exhibit A | 07/24/2017 | 6 |
| -> 76058772 | Exhibit B | 07/24/2017 | 4 |
| -> 76058773 | Exhibit C | 07/24/2017 | 3 |
| -> 76058774 | Exhibit D | 07/24/2017 | 2 |
| -> 76058775 | Exhibit E | 07/24/2017 | 3 |
| -> 76058776 | Exhibit F | 07/24/2017 | 7 |
| -> 76058777 | Exhibit G | 07/24/2017 | 6 |
| -> 76058778 | Exhibit H | 07/24/2017 | 2 |
| -> 76058779 | Exhibit I | 07/24/2017 | 16 |
| -> 76058780 | Exhibit J | 07/24/2017 | 18 |
| -> 76058781 | Exhibit K | 07/24/2017 | 6 |
| -> 76058782 | Exhibit L | 07/24/2017 | 41 |
| -> 76058783 | Exhibit M | 07/24/2017 | 22 |
| -> 76058784 | Exhibit N | 07/24/2017 | 5 |
| -> 76058785 | Exhibit O | 07/24/2017 | 9 |
| -> 76058786 | Exhibit P | 07/24/2017 | 5 |
| -> 76058787 | Exhibit Q | 07/24/2017 | 4 |
| -> 76058770 | Proposed Order | 07/24/2017 | 1 |
| 76062974 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 07/24/2017 | 1 |
| 76063375 | ORDER SIGNED QUASHING DEPOSITION | 07/24/2017 | 1 |

| | | | |
|---|---|---|---|
| 75929677 | Defendant Lars Degenhardt's Notice of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | 07/14/2017 | 2 |
| 75931243 | Proposed Order | 07/14/2017 | 1 |
| 75904304 | Defendant Lars Degenhardt's Notice of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | 07/13/2017 | 2 |
| 75905242 | Defendant Lars Degenhardt's Notice of Cancellation of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | 07/13/2017 | 2 |
| 75905584 | Defendant Lars Degenhardts Notice of Submission and Request for of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | 07/13/2017 | 2 |
| 75910082 | Danny Davis's Original Answer to Counterclaims | 07/13/2017 | 5 |
| 75890504 | Plaintiffs Response to the Motions to Quash Deposition Notices Filed By Furie Operating Alaska, LLC, Cornucopia Oil & Gas Company, LLC, Furie Petroleum Company, LLC, Tom Hord, Lars Degenhardt and Damon Kade | 07/12/2017 | 5 |
| ‣ 75890505 | Exhibit A | 07/12/2017 | 9 |
| ‣ 75890506 | Exhibit B | 07/12/2017 | 6 |
| ‣ 75890507 | Exhibit C | 07/12/2017 | 57 |
| ‣ 75890508 | Exhibit D | 07/12/2017 | 4 |
| ‣ 75890509 | Exhibit E | 07/12/2017 | 6 |
| ‣ 75890510 | Proposed Order | 07/12/2017 | 1 |
| 75812333 | Certificate of Written Discovery | 07/06/2017 | 2 |
| 75815070 | Certificate of Written Discovery | 07/06/2017 | 2 |
| 75794501 | Defendants Joint Motion to Quash Notices of Depositions | 07/05/2017 | 3 |
| ‣ 75794502 | Exhibit A | 07/05/2017 | 3 |
| ‣ 75794503 | Exhibit B | 07/05/2017 | 11 |
| ‣ 75794504 | Exhibit C | 07/05/2017 | 5 |
| ‣ 75794505 | Exhibit D | 07/05/2017 | 11 |
| ‣ 75794506 | Exhibit E | 07/05/2017 | 11 |
| ‣ 75794507 | Exhibit F | 07/05/2017 | 5 |
| ‣ 75794509 | Exhibit G | 07/05/2017 | 5 |
| ‣ 75794510 | Exhibit H | 07/05/2017 | 3 |
| ‣ 75794511 | Notice of Submission | 07/05/2017 | 2 |
| 75796752 | Notice of Submission | 07/05/2017 | 2 |
| 75775240 | Defendant Damon Kades Motion To Quash His Deposition | 07/03/2017 | 5 |
| ‣ 75775241 | Exhibit 01 | 07/03/2017 | 11 |
| ‣ 75775242 | Exhibit 02 | 07/03/2017 | 5 |
| ‣ 75775243 | Proposed Order | 07/03/2017 | 1 |
| 75750581 | Intervenors' Joinder in Plaintiffs Verified Motion for Continuance | 06/30/2017 | 3 |
| 75750583 | Plaintiff's Verified Reply to Response to Verified Motion for Continuance | 06/30/2017 | 8 |
| ‣ 75750585 | Exhibit A | 06/30/2017 | 2 |
| ‣ 75750586 | Exhibit B | 06/30/2017 | 2 |
| ‣ 75750587 | Exhibit C | 06/30/2017 | 2 |
| ‣ 75750588 | Exhibit D | 06/30/2017 | 6 |
| ‣ 75750589 | Exhibit E | 06/30/2017 | 4 |

| | | | | |
|---|---|---|---|---|
| -> 75750590 | Exhibit F | | 06/30/2017 | 5 |
| -> 75750591 | Exhibit G | | 06/30/2017 | 2 |
| -> 75750592 | Exhibit H | | 06/30/2017 | 3 |
| -> 75750593 | Exhibit I | | 06/30/2017 | 3 |
| -> 75750595 | Exhibit J | | 06/30/2017 | 9 |
| -> 75750596 | Exhibit K | | 06/30/2017 | 8 |
| -> 75750597 | Exhibit L | | 06/30/2017 | 2 |
| -> 75750584 | Verification | | 06/30/2017 | 1 |
| 75710747 | Defendants' Response in Opposition to Plaintiffs' Motion for Continuance | | 06/28/2017 | 6 |
| -> 75710748 | Exhibit A | | 06/28/2017 | 4 |
| -> 75710749 | Exhibit B | | 06/28/2017 | 2 |
| -> 75710750 | Exhibit C | | 06/28/2017 | 2 |
| -> 75710751 | Proposed Order | | 06/28/2017 | 1 |
| 75612303 | SETTING REMINDER | | 06/21/2017 | 5 |
| 75616788 | Plaintiffs' Verified Motion for Continuance | | 06/21/2017 | 5 |
| -> 75622086 | Notice of Hearing on Plaintiffs Verified Motion for Continuance By Submission Only | | 06/22/2017 | 2 |
| -> 75616789 | Proposed Order | | 06/21/2017 | 1 |
| 75600360 | TRIAL PREPARATION ORDER SIGNED | | 06/19/2017 | 5 |
| 75273644 | CounterAnswer | | 05/26/2017 | 7 |
| 74977086 | Rule 11 Agreement | | 05/05/2017 | 1 |
| 74779874 | Plaintiffs Fourth Amended Petition | | 04/21/2017 | 17 |
| 74780763 | Answer And Counterclaims | | 04/21/2017 | 6 |
| 74959629 | Civil Process Pick-Up Form | | 03/31/2017 | 1 |
| 74230510 | ORDER SIGNED DENYING SPECIAL EXCEPTIONS | | 03/13/2017 | 1 |
| 74230517 | ORDER SIGNED GRANTING CONTINUANCE | | 03/13/2017 | 1 |
| 74198542 | Defendant Lars Degnhardts Response to Plaintiffs Motion for Continuance and Motion to Compel | | 03/10/2017 | 4 |
| -> 74198544 | Exhibit A | | 03/10/2017 | 5 |
| -> 74198545 | Exhibit B | | 03/10/2017 | 8 |
| -> 74198546 | Exhibit C | | 03/10/2017 | 3 |
| -> 74198543 | Proposed Order | | 03/10/2017 | 1 |
| 74204954 | Intervenors Objection and Joiner in Plaintiffs Response and Objection to Defendants Special Exceptions to Third Amended Petition and Plea in Intervention | | 03/10/2017 | 3 |
| 74175237 | Plaintiffs Response and Objection to Defendants Special Exceptions to Third Amended Petition | | 03/09/2017 | 4 |
| -> 74175238 | Filing Letter | | 03/09/2017 | 2 |
| 74176217 | Plaintiffs Supplement to Their Motion to Compel Responses Written Discovery From Lars Degenhardt and to Compel the Deposition of Lars Degenhardt | | 03/09/2017 | 3 |
| -> 74176218 | Filing Letter | | 03/09/2017 | 2 |
| 74181812 | Plaintiffs Response and Objection to Defendant Lars Degenhardt's Amended Rule 120A Special Appearance | | 03/09/2017 | 4 |
| -> 74181813 | Filing Letter | | 03/09/2017 | 2 |
| 74185192 | Intervenors Joinder in Plaintiffs Motion for Continuance of Hearing/Submission on Lars | | 03/09/2017 | 4 |

| | Dehenhardt's Special Appearance and Objection | | |
|---|---|---|---|
| 74185193 | Intervenors Objection and Joinder in Plaintiffs Response and Objection to Defendant Lars Degenhardts Amended Rule 120A Special Apperance | 03/09/2017 | 4 |
| 74160459 | Defendant Lars Degenhardt's (1) Amended Rule 102A Special Appearance to Object to Jurisdiction and (2) Reply to Plaintiffs Response | 03/08/2017 | 4 |
| 74141386 | Defendants Special Exceptions to Third Amended Petition and Plea in Intervention | 03/07/2017 | 5 |
| -> 74141387 | Proposed Order | 03/07/2017 | 1 |
| 74145511 | Defendants Special Exceptions to Third Amended Petition and Plea in Intervention | 03/07/2017 | 5 |
| -> 74145512 | Exhibit A | 03/07/2017 | 73 |
| -> 74145513 | Exhibit B | 03/07/2017 | 16 |
| 74149927 | Certificate of Service | 03/07/2017 | 2 |
| -> 74149928 | Filing Letter | 03/07/2017 | 2 |
| 74099868 | Plea In Intervention | 03/03/2017 | 18 |
| 74111984 | Plaintiffs Third Amended Petition | 03/03/2017 | 15 |
| -> 74111985 | Filing Letter | 03/03/2017 | 2 |
| 74112885 | Plaintiffs Motion to Compel Responses to Written Discovery from Lars Denenhardt and to Compel the Deposition of Lars Dengehart | 03/03/2017 | 5 |
| -> 74112889 | Exhibit A | 03/03/2017 | 7 |
| -> 74112890 | Exhibit B | 03/03/2017 | 6 |
| -> 74112891 | Exhibit C | 03/03/2017 | 2 |
| -> 74112892 | Exhibit D | 03/03/2017 | 16 |
| -> 74112893 | Exhibit E | 03/03/2017 | 4 |
| -> 74112894 | Exhibit F | 03/03/2017 | 5 |
| -> 74112895 | Exhibit G | 03/03/2017 | 6 |
| -> 74112888 | Filing Letter | 03/03/2017 | 2 |
| -> 74112886 | Notice of Hearing | 03/03/2017 | 2 |
| -> 74112887 | Proposed Order | 03/03/2017 | 1 |
| 74112971 | Plaintiffs Motion for Continuance of Hearing on Lars Dengenhardts Special Appearance | 03/03/2017 | 6 |
| -> 74112975 | Exhibit A | 03/03/2017 | 7 |
| -> 74112976 | Exhibit B | 03/03/2017 | 6 |
| -> 74112977 | Exhibit C | 03/03/2017 | 2 |
| -> 74112978 | Exhibit D | 03/03/2017 | 16 |
| -> 74112979 | Exhibit E | 03/03/2017 | 6 |
| -> 74112973 | Filing Letter | 03/03/2017 | 2 |
| -> 74112972 | Notice of Hearing | 03/03/2017 | 2 |
| -> 74112974 | Proposed Order | 03/03/2017 | 1 |
| 74113206 | Plaintiffs Response to Defendants Lars Degenhardts Verified Rule 120A Special Appearance to Object to Jurisdiction | 03/03/2017 | 10 |
| -> 74113209 | Exhibit A | 03/03/2017 | 11 |
| -> 74113210 | Exhibit B | 03/03/2017 | 16 |
| -> 74113211 | Exhibit C | 03/03/2017 | 6 |
| -> 74113207 | Filing Letter | 03/03/2017 | 2 |

| | | | | |
|---|---|---|---|---|
| ‣ 74113208 | Proposed Order | | 03/03/2017 | 1 |
| 73910655 | Defendant's Objection to Plaintiff's Notice of Deposition and Motion to Quash | | 02/17/2017 | 4 |
| ‣ 73910656 | Proposed Order | | 02/17/2017 | 1 |
| 73803474 | Certificate of Written Discovery | | 02/10/2017 | 2 |
| 73768341 | Plaintiffs Resposne to Defendant Damon Kade's First Amended Special Exceptions | | 02/08/2017 | 4 |
| ‣ 73768342 | Filing Letter | | 02/08/2017 | 2 |
| 73772402 | Defendant's Amended Notice of Oral Hearing on Special Exceptions | | 02/08/2017 | 2 |
| 73641942 | Defendants Lars Degenhardts Second Amended Notice of Oral Hearing for His Verified Rule 120A Special Appearance to Object to Jurisdiction | | 01/31/2017 | 2 |
| 73652643 | Defendants Third Amended Notice of Hearing on Special Exceptions | | 01/31/2017 | 2 |
| 73569564 | Return of Service | | 01/25/2017 | 3 |
| 73569587 | Return of Service | | 01/25/2017 | 3 |
| 73125609 | Defendants First Amended Answer and Special Exceptions | | 12/16/2016 | 5 |
| ‣ 73125610 | Exhibit A | | 12/16/2016 | 73 |
| ‣ 73125611 | Exhibit B | | 12/16/2016 | 16 |
| ‣ 73125612 | Proposed Order | | 12/16/2016 | 1 |
| 73125997 | Defendants' Notice of Hearing on Special Exceptions | | 12/16/2016 | 2 |
| 73129713 | Defendant Damon Kades First Amended Answer and Special Exceptions | | 12/16/2016 | 4 |
| 73129781 | Defendants Notice of Oral Hearing on Special Exceptions | | 12/16/2016 | 2 |
| 73102868 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | | 12/14/2016 | 4 |
| 73020174 | First Amended Notice of Oral Hearing for Defendant Lars Degenhardt's Verified Rule 120A Special Appearance to Object to Jurisdiction | | 12/08/2016 | 2 |
| 72979474 | Notice of Oral Hearing for Defendant Lars Degenhardts Verified Rule 120A Special Appearance to Object to Jurisdiction | | 12/06/2016 | 2 |
| 72708447 | Defendant Lars Degenhardt's Verified Rule 120A Special Appearance to Object to Jurisdiction | | 11/14/2016 | 5 |
| 72708461 | Defendant Tom Hords Original Answer | | 11/14/2016 | 2 |
| 72559829 | Defendants' Amended Notice Of Hearing On Special Exceptions | | 11/01/2016 | 2 |
| 72577579 | Plainitff's Second Amended Petition | | 11/01/2016 | 10 |
| ‣ 72577580 | Civil Process Request Form | | 11/01/2016 | 2 |
| ‣ 72577581 | Filing Letter for Plainti | | 11/01/2016 | 2 |
| 72280864 | Notice of Oral Hearing on Defendant Damon Kades's Special Exceptions | | 10/12/2016 | 2 |
| 72281295 | Defendants' Notice of Hearing on Special Exceptions | | 10/12/2016 | 2 |
| 72202368 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | | 10/05/2016 | 4 |
| 72130322 | Proposed Order Authorizing Substituted Service | | 09/30/2016 | 4 |
| 72086362 | Plaintiffs Motion for Substitute Service of Process on Defendants Lars Degenhardt and Tom Hord | | 09/28/2016 | 3 |
| ‣ 72086363 | Exhibit A | | 09/28/2016 | 3 |
| ‣ 72086364 | Filing Letter | | 09/28/2016 | 2 |
| 71775186 | Defendant Damon Kades Original Answer Special Exceptions and Request for Disclosure | | 09/06/2016 | 3 |
| 71664929 | Defendants Original Answer and Special Exceptions | | 08/29/2016 | 4 |
| ‣ 71664931 | Exhibit A | | 08/29/2016 | 3 |
| 71546699 | ORDER SIGNED DENYING TRANSFER OF CASE TO ANOTHER DIST COURT | | 08/18/2016 | 1 |

| | | | | |
|---|---|---|---|---|
| 71416464 | Return of Service | | 08/10/2016 | 1 |
| 71386726 | Return of Service | | 08/08/2016 | 1 |
| 71386757 | Return of Service | | 08/08/2016 | 1 |
| 71341126 | Civil Process Pick Up Form | | 08/02/2016 | 1 |
| 71304398 | Plaintiff's First Amended Original Petition | | 08/01/2016 | 6 |
| ·> 71304400 | Civil Process Request Form | | 08/01/2016 | 2 |
| ·> 71304401 | Civil Process Request Form | | 08/01/2016 | 2 |
| ·> 71304402 | Civil Process Request Form | | 08/01/2016 | 2 |
| 71255830 | Plaintiffs Original Petition | | 07/28/2016 | 4 |
| ·> 71255831 | Civil Case Information Sheet | | 07/28/2016 | 2 |