IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,[1]<br><br>   Debtors | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>(Jointly Administered)<br><br>Honorable Laurie Selber Silverstein<br><br>Pending in the United States Bankruptcy Court for the District of Delaware |
| ALLEN LAWRENCE BERRY and DANNY DAVIS,<br><br>   Plaintiffs<br><br>v.<br><br>DAMON KADE, KAY RIECK, LARS DEGENHARDT, TOM HORD, FURIE OPERATING ALASKA, LLC, FURIE PETROLEUM COMPANY, LLC, AND CORNUCOPIA OIL & GAS COMPANY, LLC,<br><br>   Defendants | Adversary Proceeding<br><br>No. 19- (03666)<br><br>(Removal from 125th Judicial District Court of Harris County, Texas; Cause No. 2016-49928) |

**JOINT MOTION TO DISMISS CLAIMS BETWEEN PLAINTIFFS AND DEBTOR DEFENDANTS WITH PREJUDICE**

  1. Plaintiffs Allen Lawrence Berry and Danny Davis and Intervenors Giza Holdings LLC and Taylor Minerals, LLC (collectively, "Plaintiffs") and Defendants Furie Operating Alaska, LLC and Cornucopia Oil & Gas Company, LLC (collectively, "Debtor Defendants") file this joint motion to dismiss the claims between them, pursuant to the settlement agreement between them.

  2. The parties in this litigation are: Allen Lawrence Berry ("Berry"); Danny Davis

1

("Davis"); Giza Holdings LLC ("Giza"); Taylor Minerals, LLC ("Taylor"); Damon Kade ("Kade"); subject to his special appearance, Lars Degenhardt ("Degenhardt"); Tom Hord ("Hord"); Furie Operating Alaska, LLC ("Furie Operating"); Furie Petroleum Company, LLC ("Furie Petroleum"); and Cornucopia Oil & Gas Company, LLC. ("Cornucopia"); Kay Rieck is a named defendant but has not been served with process and has not appeared in this case.

3. Berry and Davis are plaintiffs. Giza and Taylor are intervenors. For simplicity, Berry, Davis, Giza and Taylor are referred to as "Plaintiffs."

4. Furie Operating and Cornucopia filed for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case") and are referred to as the Debtor Defendants.

5. Debtor Defendants and Plaintiffs have a settlement agreement in the Delaware Bankruptcy Case. Pursuant to the settlement agreement between the Plaintiffs and the Debtor Defendants, upon the Effective Date, the Plaintiffs and Debtor Defendants agreed to dismiss their claims against each other, and the Debtor Defendants agreed to the Plaintiffs' motion to remand this proceeding to state court. The Effective Date was July 1, 2020.

6. For these reasons, Plaintiffs and Debtor Defendants respectfully request that the Court dismiss all claims between Plaintiffs and Debtor Defendants (**the claims against or by all other Defendants will remain pending**) and remand this case back to state court. Plaintiffs and Debtor Defendants additionally request all further relief to which they may be justly entitled.

Dated:  July 6, 2020.

Houston, Texas

        Respectfully submitted,

        **BUTCH BOYD LAW FIRM**

By:    */s/ Jeremy R. Stone*
        Ernest W. 'Butch' Boyd
        State Bar No. 00783694
        Jeremy R. Stone
        State Bar No. 24013577
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 589-8477
        Facsimile (713) 589-8563
        butchboyd@butchboydlawfirm.com
        jeremystone@butchboydlawfirm.com

        -and-

        Corey Seel
        State Bar No. 24037465
        MEHAFFY WEBER, P.C.
        500 Dallas, Suite 1200
        Houston, Texas 77002
        Telephone: (713) 655-1200
        Facsimile: (713) 655-0222
        CoreySeel@mehaffyweber.com
        ***Counsel for the Plaintiffs***

**REYNOLDS FRIZZELL LLP**

By: /s/ Chris Reynolds
Chris Reynolds
State Bar No. 16801900
Harris Wells
State Bar No. 24106563
1100 Louisiana Street, Suite 3500
Houston, TX 77002
Phone: (713) 485-7200
Fax: (713) 485-7250
creynolds@reynoldsfrizzell.com
hwells@reynoldsfrizzell.com
*Counsel for Defendants Furie Operating Alaska, LLC and Cornucopia Oil & Gas Company, LLC*

-and-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (pro hac vice forthcoming)
Riley T. Orloff (pro hac vice forthcoming)
340 Madison Avenue
New York, New York 10173-1922
Phone: (212) 547-5400
Fax: (212) 547-5444
twwalsh@mwe.com
rorloff@mwe.com
*Counsel for Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2020, a true and correct copy of this document was served on all parties registered to receive ECF notification in the above captioned case and was emailed to every party below.

      J. Marcus Hill
      HILL & HILL, P.C.
      Texas Bar No. 09638150
      1770 St. James Place, Suite 115
      Houston, Texas 77056
      Marc@hillpclaw.com
      ***Counsel for Tom Hord and subject to special appearance, Lars Degenhardt***

      John Scott Black
      Richard D. Daly
      Mark Junell
      Melissa Waden Wray
      DALY & BLACK, P.C.
      2211 Norfolk, Suite 800
      Houston, Texas 77098
      jblack@dalyblack.com
      rdaly@dalyblack.com
      mwray@dalyblack.com
      mjunell@dalyblack.com
      ***Counsel for Damon Kade***

      /s/ Robert G. Taylor, III
      LAW OFFICE OF ROBERT G. TAYLOR
      2040 North Loop West, Suite 104
      Houston, Texas 77018
      rt3atty@gmail.com
      ***Counsel for Intervenors***

      Chris Reynolds
      Harris Wells
      REYNOLDS FRIZZELL LLP
      1100 Louisiana Street, Suite 3500
      Houston, TX 77002
      creynolds@reynoldsfrizzell.com
      hwells@reynoldsfrizzell.com

Timothy W. Walsh
Riley T. Orloff
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
twwalsh@mwe.com
rorloff@mwe.com
***Counsel to the Debtors and Debtors in Possession***

                                                                              By:    */s/ Jeremy R. Stone*
                                                                                       Jeremy R. Stone