

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/09/2020

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,[1]<br><br>　　　　Debtors<br><br>――――――<br><br>ALLEN LAWRENCE BERRY and DANNY DAVIS,<br><br>　　　　Plaintiffs<br><br>v.<br><br>DAMON KADE, KAY RIECK, LARS DEGENHARDT, TOM HORD, FURIE OPERATING ALASKA, LLC, FURIE PETROLEUM COMPANY, LLC, AND CORNUCOPIA OIL & GAS COMPANY, LLC,<br><br>　　　　Defendants | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>(Jointly Administered)<br><br>Honorable Laurie Selber Silverstein<br><br>Pending in the United States Bankruptcy Court for the District of Delaware<br><br><br>Adversary Proceeding<br><br>No. 19- (03666)<br><br>(Removal from 125th Judicial District Court of Harris County, Texas; Cause No. 2016-49928) |

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO CLAIMS BETWEEN PLAINTIFFS AND DEBTOR DEFENDANTS**

After considering the Joint Motion to Dismiss Claims between Plaintiffs and Debtor Defendants with Prejudice, the Court GRANTS the Motion.

IT IS, THEREFORE, ORDERED that all of the claims brought by Allen Lawrence Berry, Danny Davis, Giza Holdings, LLC and Taylor Minerals, LLC against Defendants Furie Operating Alaska, LLC and Cornucopia Oil & Gas Company are hereby DISMISSED with Prejudice.

IT IS FURTHER ORDERED that all of the claims brought by Furie Operating Alaska, LLC

and Cornucopia Oil & Gas Company against Allen Lawrence Berry, Danny Davis, Giza Holdings, LLC and Taylor Minerals, LLC are hereby DISMISSED with Prejudice.

This ORDER does not affect any claims by or against Damon Kade, Kay Rieck, Lars Degenhardt, Tom Hord, or Furie Petroleum Company, LLC.

Signed: July 08, 2020

_____
Christopher Lopez
United States Bankruptcy Judge